UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION

| | |
|---|---|
| O.T.H. ENTERPRISES CORP. D/B/A FRONTERA MUSIC CO. *Plaintiff,* v. LIDERES ENTERTAINMENT GROUP, INC. UNIVERSAL MUSIC & VIDEO DISTRIBUTION CORP., and TYPEGRAPHICS OF MIAMI, INC., Jointly and severally, *Defendants* | CIVIL ACTION NO. H-05-2236 |

## ORDER OF DISMISSAL

Considering the joint motion to dismiss as between OTH and Universal and the status of the matter;

IT IS ORDERED that this Defendant Universal Music & Video Distribution Corporation's motion for leave to amend to assert a cross-claim against Defendant Lideres Entertainment Group, Inc. be and hereby is denied, without prejudice, each party to bear its own costs.

Houston, Texas, this **7** day of **Nov**, 2006.

_____
UNITED STATES DISTRICT JUDGE

{N1577673.1}